# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUEST INTERNATIONAL MONITOR SERVICE, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>ROCKWELL COLLINS, INC., a Delaware corporation, and DOES 1 through 25,<br><br>Defendant. | Case No. 8:19-cv-02471-JLS-KES<br><br>**JUDGMENT**<br><br>Judge: Honorable Josephine L. Staton |

Pursuant to the Court's Order Confirming the Arbitration Award, and pursuant to Federal Rule of Civil Procedure 58(a), the Court ENTERS JUDGMENT in favor of Defendant ROCKWELL COLLINS, INC. and against Plaintiff QUEST INTERNATIONAL MONITOR SERVICE, INC. as follows:

Plaintiff QUEST INTERNATIONAL MONITOR SERVICE, INC.'s Complaint in this action is DISMISSED with prejudice.

The Court CONFIRMS (1) the Partial Final Award wherein the Arbitration Panel ruled in favor of Rockwell and against Quest on all claims asserted in Quest's Arbitration Demand and (2) the Final Award wherein the Arbitration Panel ruled that (a) Quest shall recover nothing from Rockwell on Quest's claims and (b) Rockwell shall recover the sum of $347,329.50 from Quest on Rockwell's claim for attorney's fees and costs.

The Clerk shall tax costs in accordance with Local Rule 54.

Dated: March 26, 2020

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE